Juanita R. Brooks (SBN 75934 / brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Kelly C. Hunsaker (SBN 168307 / hunsaker@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-5343-JSW<br><br>~~PROPOSED~~ ORDER GRANTING ARISTA NETWORKS, INC.'S UNOPPOSED MOTION FOR MANDATORY STAY OF PROCEEDINGS<br><br>Judge: The Honorable Jeffrey S. White<br>Courtroom: 5 |

Presently before the Court is Defendant Arista Networks, Inc.'s Unopposed Motion for Mandatory Stay of Proceedings.

Having considered the arguments thereto, the Court GRANTS Defendant Arista Networks' Motion for Mandatory Stay of Proceedings. Accordingly, the above-captioned case shall be stayed until the determination of the United States International Trade Commission ("ITC") in Investigation Nos. 337-TA-3045 and 337-TA-3046, becomes final.

IT IS SO ORDERED.

Dated: February 10, 2015

_____
Hon. Jeffrey S. White
United States District Judge