IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | No. C 14-05343 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

On February 10, 2015, this Court issued an order staying this matter pursuant to an unopposed motion for a stay of proceedings pending the final determination of the United States International Trade Commission in Investigation Nos. 337-TA-3045 and 337-TA-3046. The Court has not received a status report on the status of the investigations and when the parties expect that the stay may be lifted or the case dismissed. The parties are HEREBY ORDERED to submit a joint status report by no later than March 23, 2018.

**IT IS SO ORDERED.**

Dated: March 6, 2018

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE